# Supreme Court of Texas

No. 21-0197

Weekley Homes, LLC,

*Petitioner*,

v.

John Paniagua; and Hermelinda Maravilla Corona and Jose Camerino Maravilla, Sr., Individually and as Personal Representatives of the Estate of Jose Camerino Maravilla, Deceased, et al.

*Respondents*

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record and counsels' briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the case should be remanded to the court of appeals.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed in part;

2) The case is remanded to the court of appeals for further proceedings consistent with the Court's opinion; and

3) The parties shall bear their own costs incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered Per Curiam.

June 17, 2022

\*\*\*\*\*\*\*\*\*